# Notice Recipients

District/Off: 0315–7    User: auto    Date Created: 2/28/2022
Case: 20–70566–JAD    Form ID: 309    Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        Ajax Mortgage Loan Trust
                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr        Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty       David W. Raphael           raphaeld@fnb–corp.com
aty       Kenneth P. Seitz           thedebterasers@aol.com
aty       Stephen Russell Franks     amps@manleydeas.com
                                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Victor P. Gregorich        172 Colonial Drive        Davidsville, PA 15928
cr        First National Bank of Pennsylvania    4140 East State Street    Hermitage, PA 16148
15308540  Aas Debt Recovery In       Pob 129        Monroeville, PA 15146
15330085  Ajax Mortgage Loan Trust 2018–F    c/o Gregory Funding LLC    P.O. Box 25430    Portland, OR 97298
15417081  Ajax Mortgage Loan Trust 2021–D    c/o Gregory Funding LLC    PO Box 742334    Los Angeles, CA 90074–2334
15308541  Bank Of America        Nc4–105–03–14    Po Box 26012    Greensboro, NC 27410
15314868  Bank of America, N.A.    P O Box 982284    El Paso, TX 79998–2238
15308542  Barbara Gregorich        173 Colonial Drive    Davidsville, PA 15928
15313507  CACH, LLC        Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
15308543  Capital One        Attn: General Correspondence/Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
15308544  Cavalry Portfolio Services        Attn: Bankruptcy Department    500 Summit Lake Ste 400    Valhalla, NY 10595
15310762  Cavalry SPV I, LLC        500 Summit Lake Drive, Ste 400    Valhalla, NY 10595
15308545  Chase Card Services        Attn: Correspondence Dept    Po Box 15298    Wilmington, DE 19850
15308546  Credit First National Assoc        Attn: BK Credit Operations    Po Box 81315    Cleveland, OH 44181
15308547  Eastern Revenue, Inc        998 Old Eagle School Rd    Wayne, PA 19087
15317489  First National Bank of Pennsylvania        4140 East State Street    Hermitage, PA 16148
15308548  First Natl Bk Of Pa        1 Fnb Blvd    Hermitage, PA 16148
15308549  Gregory Funding        P.O. Box 25430    Portland, OR 97298
15308550  Harry B. Reese, Esquire        Powers Kirn & Associates, LLC    8 Neshaminy Interplex, Suite 215    Trevose, PA 19053
15308551  P S E C U        Attention: Bankruptcy    Po Box 67013    Harrisburg, PA 17106
15329275  Penelec        101 Crawford's Corner Road    Building # 1 Suite 1–511    Holmdel, NJ 07733
15308552  Penelec        P.O. Box 3687    Akron, OH 44309
15308554  Portfolio Recovery        120 Corporate Blvd Ste 1    Norfolk, VA 23502
15308553  Portfolio Recovery        Po Box 41067    Norfolk, VA 23541
15308555  Portfolio Recovery Associates LLC        P.O. Box 41067    Norfolk, VA 23541
15327620  Portfolio Recovery Associates, LLC        POB 12914    Norfolk VA 23541
15308556  Square One Financial/Cach Llc        Po Box 5980    Denver, CO 80127
15328129  Verizon        by American InfoSource as agent    PO Box 4457    Houston, TX 77210–4457
15308557  Verizon Wireless        P.O. Box 25505    Lehigh Valley, PA 18002
                                                                                                TOTAL: 29